Exhibit A

State Court of Fulton County
**E-FILED**
21EV000621
1/29/2021 4:33 PM
Christopher G. Scott, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

# STATE COURT OF FULTON COUNTY
**Civil Division**

CIVIL ACTION FILE #: _____

_____
_____
_____
Plaintiff's Name, Address, City, State, Zip Code

vs.

_____
_____
_____

Shawnee, Oklahoma 74801

Gilbert & Sons Used Trucks through its agent, Richard Gilbert 40610 Benson Park Road Shawnee, Oklahoma 74801
Mark Wisdom 19401 Thunder Road Shawnee, Oklahoma 74801

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____     Phone No.:_____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.     _____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
21EV000621
1/29/2021 4:33 PM
Christopher G. Scott, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: _____

_____
_____
_____
Plaintiff's Name, Address, City, State, Zip Code

vs.

_____
_____
_____
Shawnee, Oklahoma 74801

Gilbert & Sons Used Trucks through its agent, Richard Gilbert 40610 Benson Park Road Shawnee, Oklahoma 74801
Mark Wisdom 19401 Thunder Road Shawnee, Oklahoma 74801
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____   Phone No.:_____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

Served, this _____ day of _____, 20_____.   _____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____
_____

This _____ day of _____, 20_____.   _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Copy from re:SearchGA

**State Court of Fulton County**
**\*\*E-FILED\*\***
**21EV000621**
**1/29/2021 4:33 PM**
**Christopher G. Scott, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

## STATE COURT OF FULTON COUNTY
### Civil Division

CIVIL ACTION FILE #: _____

_____

_____

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

_____

_____

_____

Shawnee, Oklahoma 74801

Gilbert & Sons Used Trucks through its agent, Richard Gilbert 40610 Benson Park Road Shawnee, Oklahoma 74801
Mark Wisdom 19401 Thunder Road Shawnee, Oklahoma 74801

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____   Phone No.:_____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.   _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.   _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Copy from re:SearchGA

**State Court of Fulton County**
**\*\*E-FILED\*\***
**21EV000621**
**1/29/2021 4:33 PM**
**Christopher G. Scott, Clerk**
**Civil Division**

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

## STATE COURT OF FULTON COUNTY
### Civil Division

CIVIL ACTION FILE #: _____

_____

_____

_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

_____

_____

_____
Shawnee, Oklahoma 74801

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

Gilbert & Sons Used Trucks through its agent, Richard Gilbert 40610 Benson Park Road Shawnee, Oklahoma 74801
Mark Wisdom 19401 Thunder Road Shawnee, Oklahoma 74801

Defendant's Name, Address, City, State, Zip Code

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

  You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: _____

Address: _____

City, State, Zip Code: _____   Phone No.:_____

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

 Served, this _____ day of _____, 20_____.   _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Copy from re:SearchGA

State Court of Fulton County
**E-FILED**
21EV000621
1/29/2021 4:33 PM
Christopher G. Scott, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| JERMAINE GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. |
| NATIONAL AMERICAN | ) | |
| INSURANCE COMPANY, | ) | |
| GILBERT & SONS | ) | |
| TRUCKING, INC., GILBERT | ) | |
| TRUCK SERVICE, INC., | ) | |
| GILBERT & SONS | ) | |
| TRUCKING, INC. d/b/a | ) | |
| GILBERT & SONS USED | ) | |
| TRUCKS, MARK WIDSOM | ) | |
| JOHN DOE 1-2, ABC Corp., | ) | |
| XYZ Corp., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### COMPLAINT

**COMES NOW**, Jeremaine Green, Plaintiff, and makes and files this complaint against

Defendants National American Insurance Company, Gilbert & Sons Trucking, Inc., Gilbert

Truck Service, Inc., Gilbert & Sons Trucking Inc. d/b/a Gilbert & Sons Used Trucks, Mark

Widsom, John Doe 1-2, ABC Corp., XYZ Corp., as follows:

### PARTIES, JURISDICTION, AND VENUE

1.

Plaintiff is a resident of Georgia.

2.

Defendant National American Insurance Company ("Defendant National American Insurance") is a foreign corporation organized under the laws of the State of Oklahoma. Defendant National American Insurance is authorized to transact and do business within the State of Georgia, and is subject to the jurisdiction and venue of this Court.  Service of process may be perfected upon Defendant National American Insurance through its registered agent, Ashley Hasty, C/O  C  T  Corporation  System,  at  the  following  address:  1201  Peachtree  Street  N.E., Atlanta, Georgia 30361.

3.

Defendant Gilbert & Sons Trucking, Inc. is a foreign  corporation incorporated in the State of Oklahoma and is subject to the jurisdiction of this Court. Defendant Gilbert & Sons Trucking, Inc. transacted business within the State of Georgia, and is subject to the jurisdiction and venue of this Court pursuant to O.C.G.A.  §§ 9-10-91 and 9-10-94. At all times relevant hereto, Defendant Gilbert & Sons Trucking, Inc. was the employer of Mark Widsom and/or Defendants John Doe 1-2.  Moreover, Defendant Mark Widsom and/or Defendant John Doe 1-2 were in the course and scope of their employment with Defendant Gilbert & Sons Trucking, Inc. and engaged in the actual transaction of Defendant Gilbert & Sons Trucking, Inc. business at the time of the subject collision.  Defendant Gilbert & Sons Trucking, Inc.'s  principal office is located at 40610 Benson Park Road, Shawnee, Oklahoma 74801.  Service of process may be perfected upon Defendant Gilbert & Sons Trucking, Inc. through its agent, Richard Gilbert, at Route 4, Box 528, Tecumseh, Oklahoma 74873.

4.

Defendant Gilbert Truck Service, Inc. is a foreign corporation incorporated in the State of Oklahoma and is subject to the jurisdiction of this Court. Defendant Gilbert Truck Service, Inc. transacted business within the State of Georgia, and is subject to the jurisdiction and venue of this Court pursuant to O.C.G.A. §§ 9-10-91 and 9-10-94. At all times relevant hereto, Defendant Gilbert Truck Service, Inc. was the employer of Mark Widsom and/or Defendants John Doe 1-2. Moreover, Defendant Mark Widsom and/or Defendant John Doe 1-2 were in the course and scope of their employment with Defendant Gilbert Truck Service, Inc. and engaged in the actual transaction of Defendant Gilbert Truck Service, Inc. business at the time of the subject collision. Defendant Gilbert Truck Service, Inc.'s principal office is located at 40610 Benson Park Road, Shawnee, Oklahoma 74801. Service of process may be perfected upon Defendant Gilbert & Sons Trucking, Inc. through its agent, Richard Gilbert, at 40610 Benson Park Road, Shawnee, Oklahoma 74801.

5.

Defendant Gilbert & Sons Trucking Inc. d/b/a Gilbert & Sons Used Trucks ("Defendant Gilbert & Sons Used Trucks"), is a foreign corporation incorporated in the State of Oklahoma and is subject to the jurisdiction of this Court. Defendant Gilbert & Sons Used Trucks transacted business within the State of Georgia, and is subject to the jurisdiction and venue of this Court pursuant to O.C.G.A. §§ 9-10-91 and 9-10-94. At all times relevant hereto, Defendant Gilbert & Sons Used Trucks was the employer of Mark Widsom and/or Defendants John Doe 1-2. Moreover, Defendant Mark Widsom and/or Defendant John Doe 1-2 were in the course and scope of their employment with Defendant Gilbert & Sons Used Trucks and engaged in the actual

transaction of Defendant Gilbert & Sons Used Trucks business at the time of the subject collision. Defendant Gilbert & Sons Used Trucks principal office is located at 40610 Benson Park Road, Shawnee, Oklahoma 74801. Service of process may be perfected upon Defendant Gilbert & Sons Used Trucks through its agent, Richard Gilbert, at 40610 Benson Park Road, Shawnee, Oklahoma 74801.

6.

Defendant Mark Widsom is a resident of the State of Oklahoma. At all times relevant hereto, Defendant Mark Widsom was an agent/employee of Defendants  Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc, Gilbert & Sons Used Trucks, ABC Corp., and/or XYZ Corp., and acting within the scope and course of his employment.  Service of process may be perfected upon Defendant Mark wisdom at 19401 Thunder Road, Shawnee, Oklahoma 74801.

7.

Defendants John Doe 1-2 are individuals that owned and/or operated the truck involved in the subject collision and/or employed the driver of the tractor trailer truck involved in the subject collision and are subject to the jurisdiction and venue of this Court.  Plaintiff incorporates by reference all claims made in this Complaint against any other Defendant against Defendants John Doe 1-2.  Defendants John Doe 1-2 will be named and served with the Summons and Complaint once their identities are revealed.

8.

Defendant ABC Corp. and XYZ Corp. are entities that owned and/or operated the semi-trailer truck involved in the subject collision and/or insurers of the tractor trailer truck involved in the subject collision and are subject to the jurisdiction and venue of this Court.

Plaintiff incorporates by reference all claims made in this Complaint against any other Defendant against Defendants ABC Corp. and XYZ Corp.  Defendants ABC Corp. and XYZ Corp. will be named and served with the Summons and Complaint once their identities are revealed.

## **BACKGROUND**

9.

On November 7, 2019, Plaintiff was a restrained driver traveling southbound on I-285 at or near its intersection with Chamblee Tucker Road in DeKalb County, Georgia. As Plaintiff continued straight on I-285, Defendant Mark Widsom and/or John Doe 1-2, suddenly and without warning, entered Plaintiff's lane of travel and struck the front right side of Plaintiff's vehicle. At all times relevant hereto, Plaintiff exercised  reasonable care for his own safety.

10.

Prior to and on November 7, 2019, Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Trucking Inc. Used Trucks, Mark Widsom, John Doe 1-2, ABC Corp., and XYZ Corp. owned, operated, and/or controlled a 2006 Kenworth tractor trailer truck, V.I.N. 1XKADB8X76J093967, for use over public highways.

11.

At all times relevant hereto, Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, Mark Widsom, John Doe 1-2, ABC Corp., and XYZ Corp. were operating the subject tractor trailer truck as motor contract carriers pursuant to O.C.G.A. § 40-2-140 and other applicable laws.

## COUNT I:

### NEGLIGENCE OF DEFENDANTS
### MARK WIDSOM AND JOHN DOE 1-2

12.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 11 above as if fully restated.

13.

Prior to and on November 7, 2019, Defendants Mark Widsom and/or John Doe 1-2, failed to exercise reasonable care for the safety of others who might be affected by their actions and negligently and recklessly operated the 2006 Kenworth tractor trailer truck while the truck and Defendants Mark Widsom and/or John Doe 1-2 were in violation of legally mandated minimum safety requirements and by violating multiple Federal laws, Georgia laws, and rules of the road, and, on November 7, 2019, said violations caused a collision between Plaintiff's vehicle and Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, ABC Corp., and XYZ Corp's tractor trailer truck, and proximately caused serious injuries to Plaintiff.

14.

On November 7, 2019, Defendants Mark Widsom and/or John Doe 1-2 operated the above-mentioned 2006 Kenworth tractor trailer truck on I-285 in DeKalb County, Georgia. Defendants Mark Widsom and/or John Doe 1-2 were operating said truck in violation of multiple Federal laws, Georgia laws, and rules of the road, including, but not limited to, failure to maintain lane, improperly changing lanes, driving the truck too fast for conditions, failure to maintain control of the truck, recklessly driving the truck in disregard for the safety of persons or property,

causing a collision between said truck and Plaintiff's vehicle and proximately causing serious injuries to Plaintiff.

15.

On November 7, 2019, Defendants Mark Widsom and/or John Doe 1-2 were negligent per se because (1) they failed to maintain their lane, improperly changed lanes, drove too fast for conditions, and were in violation of Federal laws and Georgia laws regarding the use and operation of motor vehicles and commercial motor vehicles; (2) the laws were designed to prevent the type of collision and injuries involved in the subject litigation; (3) Plaintiff is a member of the class of persons intended to be protected by said laws; and (4) the violation of said laws proximately caused Plaintiff's injuries.

16.

At all times relevant hereto, Defendants Mark Widsom and/or John Doe 1-2 were operating Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, ABC Corp., and XYZ Corp.'s tractor trailer truck in a reckless and negligent fashion which resulted in the above-described collision and proximately caused serious injuries to Plaintiff.

## **COUNT II:**
### **NEGLIGENCE OF DEFENDANTS GILBERT & SONS TRUCKING, INC.; GILBERT TRUCK SERVICE, INC.; and GILBERT AND SONS USED TRUCKS**

17.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 16 above as if fully restated.

18.

Prior to and on November 7, 2019, Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, ABC Corp., and XYZ Corp.'s, failed to exercise reasonable care for the safety of others who might be affected by their actions and negligently and recklessly operated its 2006 Kenworth tractor trailer truck while the truck and Defendants Mark Widsom and/or John Doe 1-2 were in violation of legally mandated minimum safety requirements and by violating multiple Federal laws, Georgia laws, and rules of the road, and, on November 7, 2019, said violations caused a collision between Plaintiff's vehicle and Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, ABC Corp., XYZ Corp.'s tractor trailer truck, and proximately caused serious injuries to Plaintiffs.

19.

Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, ABC Corp., and/or XYZ Corp. are liable under the doctrine of respondeat superior for the harm caused to Plaintiff by the wrongful acts of their employee, Defendants Mark Widsom and/or John Doe 1-2, who were acting in the scope and course of their employment with Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, ABC Corp., and/or XYZ Corp. and during the actual transaction of Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, ABC Corp., and/or XYZ Corp.'s business when they caused the subject collision and proximately caused serious injuries to Plaintiff.

20.

Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, ABC Corp., and/or XYZ Corp. are liable to Plaintiffs because they negligently entrusted their tractor trailer truck to Defendants Mark Widsom and/or John Doe's 1-2 when Defendants Mark Widsom and/or John Doe's 1-2 were not properly suited to drive the truck, proximately causing injuries to Plaintiffs, and because Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, ABC Corp., and/or XYZ Corp. failed to properly hire, train, retain, and supervise their employees so that they would not cause harm to persons such as Plaintiff, proximately causing injuries to Plaintiff.

21.

Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, ABC Corp., and/or XYZ Corp. are negligent per se because (1) their acts and/or the acts of their employees were in violation of Federal laws and Georgia laws regarding the use and operation of motor vehicles and commercial motor vehicles; (2) the laws were designed to prevent the type of collision and injuries involved in the subject litigation; (3) Plaintiff is a member of the class of persons intended to be protected by said laws; and (4) the violation of said laws proximately caused Plaintiff's injuries.

22.

Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Trucking Inc. d/b/a Gilbert & Sons Used Trucks, ABC Corp., and/or XYZ Corp. knew or should have known that operating their tractor trailer truck on a public roadway while their driver was

not properly suited to operate it would result in harm to the individuals who would be affected by the operation of said truck.

23.

Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, ABC Corp., and/or XYZ Corp. knew or should have known that their failure to properly hire, train, retain, and supervise their employees would result in harm to the individuals such as Plaintiff.

## COUNT III:

### DIRECT ACTION AGAINST NATIONAL AMERICAN INSURANCE

24.

Plaintiffs bring this action against Defendants National American Insurance and XYZ Corp. on a contract of insurance pursuant to O.C.G.A. § 40-2-140 and other applicable law. The underlying tort claims possessed by Plaintiffs arise as a result of a motor vehicle collision and are against Defendant National American Insurance Company's insured, Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, Mark Widsom, John Doe 1-2, ABC Corp., and XYZ Corp.

25.

On July 24, 2020, at the time of the subject collision, Defendant National American Insurance had a policy of insurance in effect that provided insurance coverage for the motor carrier operations of Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc.,

Gilbert & Sons Used Trucks, Mark Widsom, John Doe 1-2, ABC Corp., and XYZ Corp., and included the subject 2006 Kenworth tractor trailer truck.

26.

Plaintiff elects to avail himself of the procedure set forth under O.C.G.A. § 40-2-140 and other applicable laws that permit joinder of Defendant National American Insurance, ABC Corp. and/or XYZ Corp. as direct defendants.

27.

Defendant National American Insurance and/or XYZ Corp. are liable to Plaintiff based on the above referenced contract of insurance insuring Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, Mark Widsom, John Doe 1-2, ABC Corp., and XYZ Corp., pursuant to O.C.G.A. § 40-2-140.

## COUNT IV
## JOINT AND SEVERAL LIABILITY

28.

The combined acts of Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, Mark Widsom, John Doe 1-2, ABC Corp., and XYZ Corp., were reckless, negligent, and negligent per se; proximately caused Plaintiff's injuries and damages; and said Defendants are jointly and severally liable for Plaintiff's injuries and damages.

## DAMAGES

29.

Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, Mark Widsom, John Doe 1-2, ABC Corp., and XYZ Corp., recklessness,

negligence, and negligence per se proximately caused injuries to Plaintiff which caused him tremendous pain and suffering, and Plaintiff seeks recovery from Defendants for all damages to which he is entitled.

30.

As a result of Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, Mark Widsom, John Doe 1-2, ABC Corp., and XYZ Corp.'s recklessness, negligence, and negligence per se, Plaintiffs sustained personal injuries, special damages, and general damages for which he is entitled to be compensated by Defendants.

31.

As a direct and proximate result of Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, Mark Widsom, John Doe 1-2, ABC Corp., and XYZ Corp.'s recklessness, negligence, and negligence per se, Plaintiff has incurred medical expenses in excess of $152,188.38, the exact amount to be proven at trial.

32.

As a direct and proximate result of Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, Mark Widsom, John Doe 1-2, ABC Corp., and XYZ Corp.'s recklessness, negligence, and negligence per se, Plaintiffs will continue to suffer both general and special damages in the future, including expenses for future wage lost and medical treatments, the exact amounts to be proven at trial.

33.

By engaging in the above-described conduct, Defendants Gilbert & Sons Trucking, Inc., Gilbert Truck Service, Inc., Gilbert & Sons Used Trucks, Mark Widsom, John Doe 1-2, ABC

Corp., and XYZ Corp., acted in an intentional, malicious, fraudulent, reckless, willful, and wanton manner, evincing such an entire want of care as to raise the presumption of a conscious indifference to the consequences, and the conduct of these Defendants is so aggravating as to warrant, justify, and demand the imposition of punitive damages pursuant to O.C.G.A. § 51-12-5.1 to penalize and punish each of these Defendants for his or its misconduct and to deter each of these Defendants from engaging in such aggravating conduct in the future. Plaintiff hereby specifically pleads for the imposition of punitive damages.

34.

Defendants have acted in bad faith, have been stubbornly litigious, and have caused Plaintiff unnecessary trouble and expense by forcing Plaintiff to resort to the use of the court system in order to resolve this claim when there is no bona fide controversy. Accordingly, Plaintiff seeks attorney's fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11.

WHEREFORE Plaintiffs pray for the following relief:

a. Summons and Complaint be served upon Defendants according to the law;

b. Plaintiff recover from Defendants jointly and severally a sum of damages to compensate for Plaintiff's injuries and damages, including, but not limited to, past and future medical expenses; past and future lost wages; and past, present, and future pain and suffering as aforesaid;

c. Judgment be rendered against Defendant National American Insurance Company based on its contract of insurance;

d. Judgment be rendered against Defendant Gilbert & Sons Trucking, Inc. for punitive damages to deter like or similar conduct in the future;

e. Judgment be rendered against Defendant Gilbert Truck Service, Inc. for punitive damages to deter like or similar conduct in the future;

f. Judgment be rendered against Defendant Gilbert & Sons Trucking Inc. d/b/a Gilbert & Sons Used Trucks for punitive damages to deter like or similar conduct in the future;

g. Judgment be rendered against Defendant Mark Widsom for punitive damages to deter like or similar conduct in the future;

h. Judgment be rendered against Defendant John Doe 1 for punitive damages to deter like or similar conduct in the future;

i. Judgment be rendered against Defendant John Doe 2 for punitive damages to deter like or similar conduct in the future;

j. Judgment be rendered against Defendant ABC Corp. for punitive damages to deter like or similar conduct in the future or based on its contract of insurance;

k. Judgment be rendered against Defendant XYZ Corp. for punitive damages to deter like or similar conduct in the future or based on its contract of insurance;

l. Plaintiff be awarded prejudgment interest on all damages as allowed by law;

m. Interest on the judgment be awarded at the legal rate from the date of judgment;

n. All costs of this action be taxed against Defendants; and

o. Plaintiff be awarded any and all other relief the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial for each claim for which they have a right to a jury.

Respectfully submitted this 29th day of January, 2021.

/s/ Benjamin J. Rolins
Benjamin J. Rollins, Esq.
Georgia Bar No. 613751
Attorney for Plaintiff

**The Angell Law Firm, LLC**
3391 Peachtree Rd NE, Suite 110
Atlanta, Georgia 30326
Tel:  (404) 418-6007
Fax: (404) 745-0607